# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHANE C. FINNEGAN,**<br><br>Defendant. | PO 24-05002-TJC<br><br>**ORDER**<br><br>**Violation Nos.: F01L000X; F01L000Y; and F01L000Z**<br>**Location Code: M6H** |

Before the Court is the motion of the United States to dismiss Violations Notices F01L000Y and F01L000Z with prejudice and vacate the defendant's initial appearance scheduled on January 16, 2024. (Doc. 5.) For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that Violation Notices F01L000Y and F01L000Z, are DISMISSED with prejudice. Pursuant to his agreement with the United States, the defendant shall pay the total collateral forfeiture amount of $230.00 for Violation No. F01L000X within ninety (90) days of entry of this order.

IT IS FURTHER ORDERED that the initial appearance currently set for January 16, 2024, at 9:00 a.m., is VACATED.

Payments may be made via U.S. Mail to:

1

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

DATED this 12th day of January, 2024.

```
                    _____
                    TIMOTHY J. CAVAN
                    United States Magistrate Judge
```